**Order entered June 6, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00902-CV

## GRACE SALAKO SMITH, Appellant

## V.

## TIFFANY OWENS, Appellee

### On Appeal from the County Court at Law No. 5
### Dallas County, Texas
### Trial Court Cause No. CC-20-05414-E

## ORDER

The clerk's record is past due. By order dated April 6, 2022, we ordered appellant to provide, by May 10, written verification that she has paid for both the clerk's record and reporter's record. Appellant provided verification that she paid for the reporter's record and that record has now been filed. Appellant has not provided written verification of payment for the clerk's record. Accordingly, we **ORDER** appellant to file, by **June 16, 2022**, written verification that she has paid

for the clerk's record. We caution appellant that failure to comply will result in dismissal of the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk of this Court to send a copy of this order to Dallas County Clerk John Warren and the parties.

/s/    CRAIG SMITH
       JUSTICE